UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JUSTIN HARRIS, :

                  Plaintiff, : ORDER

            -against- : 08 Civ. 4837 (CM)(KNF)

CORRECTION OFFICER HOWARD #17721, :
ET AL.,
                                                                      :
                  Defendants.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the defendants and plaintiff pro se on November 10, 2009. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that a traverse hearing will be held on December 15, 2009, at 10:30 a.m. Counsel to the defendant City of New York shall prepare and submit to the Court, for its review and endorsement, a writ of habeas corpus ad testificandum to facilitate the presence of the plaintiff at the traverse hearing and shall serve a copy of this order on the plaintiff.

Dated: New York, New York          SO ORDERED:
       November 13, 2009

                                                              _/s/ Kevin Nathaniel Fox_
                                                             KEVIN NATHANIEL FOX
                                                             UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Liam Louis Castro, Esq.
Katherine E. Smith, Esq.